UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
Rodolfo Escamilla,

                                Case No. 25-cv-00941

                     Plaintiff,

        -against-

                                **ANSWER**

Grand Avenue Pizzeria, Inc., Giuseppe Santillo,
And Jean Carlos Santillo

                   Defendants.
--------------------------------------------------------------------X

The defendants Grand Avenue Pizzeria, Inc., Giuseppe Santillo, and Jean Carlos Santillo (hereinafter referred to, collectively, as the "Defendants"), by and through their attorneys, STEPHEN D. HANS AND ASSOCIATES, P.C., as and for their Answer to the complaint filed on February 19, 2025 (hereinafter the "Complaint") by the plaintiff Rodolfo Escamilla (hereinafter referred to as the "Plaintiff"), respond as follows:

### AS AND FOR AN ANSWER TO PLAINTIFF'S ALLEGATIONS REGARDING "NATURE OF ACTION"

1.      With respect to the allegations contained in Paragraph 1 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

2.      With respect to the allegations contained in Paragraph 2 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

### AS AND FOR AN ANSWER TO PLAINTIFF'S ALLEGATIONS REGARDING "THE PARTIES"

3.      With respect to the allegations contained in Paragraph 3 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

4.      With respect to the allegations contained in Paragraph 4 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

5.      With respect to the allegations contained in Paragraph 5 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

6.      With respect to the allegations contained in Paragraph 6 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

7.      With respect to the allegations contained in Paragraph 7 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

8.      With respect to the allegations contained in Paragraph 8 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

9.      With respect to the allegations contained in Paragraph 9 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

10.      With respect to the allegations contained in Paragraph 10 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

11.      With respect to the allegations contained in Paragraph 11 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

12.      With respect to the allegations contained in Paragraph 12 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

13.      With respect to the allegations contained in Paragraph 13 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

**AS AND FOR AN ANSWER TO PLAINTIFF'S<br>ALLEGATIONS REGARDING "JURISDICTION AND VENUE"**

14.      With respect to the allegations contained in Paragraph 14 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

15.      With respect to the allegations contained in Paragraph 15 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

**AS AND FOR AN ANSWER TO PLAINTIFF'S<br>ALLEGATIONS REGARDING "FACTS"**

16.      With respect to the allegations contained in Paragraph 16 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

17.      With respect to the allegations contained in Paragraph 17 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

18.      With respect to the allegations contained in Paragraph 18 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

19.      With respect to the allegations contained in Paragraph 19 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

20.     With respect to the allegations contained in Paragraph 20 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

21.     With respect to the allegations contained in Paragraph 21 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

22.     With respect to the allegations contained in Paragraph 22 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

23.     With respect to the allegations contained in Paragraph 23 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

24.     With respect to the allegations contained in Paragraph 24 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

25.     With respect to the allegations contained in Paragraph 25 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

26.     With respect to the allegations contained in Paragraph 26 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

27.     With respect to the allegations contained in Paragraph 27 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

28.     With respect to the allegations contained in Paragraph 28 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

29.     With respect to the allegations contained in Paragraph 29 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

30.     With respect to the allegations contained in Paragraph 30 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

31.     With respect to the allegations contained in Paragraph 31 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

32.     With respect to the allegations contained in Paragraph 32 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

33.     With respect to the allegations contained in Paragraph 33 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

34.     With respect to the allegations contained in Paragraph 34 of the Complaint, the Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in such Paragraph.

**AS AND FOR AN ANSWER TO PLAINTIFF'S ALLEGATIONS REGARDING "COUNT I – NEW YORK LABOR LAW – MINIMUM WAGE"**

35.     The Defendants repeat and reassert each and every one of the responses contained in the preceding paragraphs hereof with the same force and effect as though fully set forth herein.

36.     With respect to the allegations contained in Paragraph 36 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

37.     With respect to the allegations contained in Paragraph 37 of the Complaint, the Defendants/ deny all of the allegations contained in such Paragraph.

38.     With respect to the allegations contained in Paragraph 38 of the Complaint, the Defendants/ deny all of the allegations contained in such Paragraph.

39.     With respect to the allegations contained in Paragraph 39 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

**AS AND FOR AN ANSWER TO PLAINTIFF'S ALLEGATIONS REGARDING "COUNT II – FAIR LABOR STANDARDS ACT - OVERTIME"**

40.     The Defendants repeat and reassert each and every one of the responses contained in the preceding paragraphs hereof with the same force and effect as though fully set forth herein.

41.     With respect to the allegations contained in Paragraph 41 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

42.     With respect to the allegations contained in Paragraph 42 of the Complaint, the Defendants/ deny all of the allegations contained in such Paragraph.

43.     With respect to the allegations contained in Paragraph 43 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

44.     With respect to the allegations contained in Paragraph 44 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

45.     With respect to the allegations contained in Paragraph 45 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

## AS AND FOR AN ANSWER TO PLAINTIFF'S ALLEGATIONS REGARDING "COUNT III – NEW YORK LABOR LAW – OVERTIME"

46.     The Defendants repeat and reassert each and every one of the responses contained in the preceding paragraphs hereof with the same force and effect as though fully set forth herein.

47.     With respect to the allegations contained in Paragraph 47 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

48.     With respect to the allegations contained in Paragraph 48 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

49.     With respect to the allegations contained in Paragraph 49 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

50.     With respect to the allegations contained in Paragraph 50 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

### AS AND FOR AN ANSWER TO PLAINTIFF'S ALLEGATIONS REGARDING "COUNT IV – NEW YORK LABOR LAW – SPREAD OF HOURS"

51.     The Defendants repeat and reassert each and every one of the responses contained in the preceding paragraphs hereof with the same force and effect as though fully set forth herein.

52.     With respect to the allegations contained in Paragraph 52 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

53.     With respect to the allegations contained in Paragraph 53 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

54.     With respect to the allegations contained in Paragraph 54 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

55.     With respect to the allegations contained in Paragraph 55 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

### AS AND FOR AN ANSWER TO PLAINTIFF'S ALLEGATIONS REGARDING "COUNT V – NEW YORK LABOR LAW – WAGE THEFT PREVENTION ACT"

56.     The Defendants repeat and reassert each and every one of the responses contained in the preceding paragraphs hereof with the same force and effect as though fully set forth herein.

57.     With respect to the allegations contained in Paragraph 57 of the Complaint, the Defendants state that such allegations consist of statements and/or conclusions of law and/or statements calling for a legal conclusion, to which no responsive pleading is required.

58.     With respect to the allegations contained in Paragraph 58 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

59.     With respect to the allegations contained in Paragraph 59 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

60.     With respect to the allegations contained in Paragraph 60 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

61.     With respect to the allegations contained in Paragraph 61 of the Complaint, the Defendants deny all of the allegations contained in such Paragraph.

<u>**RESPONSE TO PLAINTIFF'S "PRAYER FOR RELIEF"**</u>

The Defendants, upon information and belief, deny all statements made with respect to Defendants and assert that the Plaintiff is not entitled to any of the relief from the Defendants as sought in the Plaintiff's Prayer for Relief, including paragraphs (a) through (m) thereof.

<u>**AFFIRMATIVE AND OTHER DEFENSES**</u>

The Defendants assert the following affirmative and other defenses without assuming any burden of production or proof that they would not otherwise have. The Defendants further assert that, to the extent that the Plaintiffs' claims as alleged are vague or unclear, so as to render it difficult or impossible to identify and assert every possible affirmative or other defense, the Defendants hereby expressly reserve their rights to assert additional defenses should further proceedings in this action, including the progress of any discovery, reveal that such additional defenses would be applicable and appropriate.

<u>**AS AND FOR A FIRST DEFENSE TO THE PLAINTIFFS' COMPLAINT**</u>

The Defendants state, in the alternative, if necessary, that their actions or omissions with respect to the Plaintiff were taken in good faith, with reasonable belief that such conduct comported with the requirements of federal and state law.

- 8 -

## AS AND FOR A SECOND DEFENSE TO THE PLAINTIFFS' COMPLAINT

The Defendants state, in the alternative, if necessary, that if they are found to have violated any law or regulation, that any such violation was not willful.

## RESERVATION OF RIGHTS TO ASSERT ADDITIONAL DEFENSES

The Defendants state that they currently have insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unstated, defenses available.  As such, the Defendants expressly reserve the right to assert additional defenses, and to seek to amend this Answer to include any such additional defenses, in the event that discovery indicates that any such additional defenses would be appropriate.

WHEREFORE, the Defendants respectfully request that judgment be entered by this Court dismissing any claims in the Plaintiff's Complaint that may be lacking in merit, with prejudice, and granting such further relief as may be just and proper.

Dated: Long Island City, New York
        March 24, 2025

STEPHEN D. HANS & ASSOCIATES, P.C.

By:     /s/Stephen D. Hans
        Stephen D. Hans (SH-0798)
        30-30 Northern Boulevard, Suite 401
        Long Island City, New York 11101
        Tel: 718.275.6700
        *Attorneys for the Defendants*

- 9 -